DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
6 MARCH 2014

| 302PA13 | In the Matter of: E.H., N.H. | Respondent-Father's Motion for this Court to Take Judicial Notice of Related Civil Child Custody Proceedings | Dismissed as Moot |
|---|---|---|---|
| 327P13 | State v. Victor A. Cruz Garcia | Def's PDR Under N.C.G.S. § 7A-31 (COA12-972) | Denied |
| 332P13-3 | Bobby R. Knox, Jr. v. N.C. Department of Public Safety of Prisons | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **02/10/2014** |
| 359A13 | George Christie and Deborah Christie v. Hartley Construction, Inc., Grailcoat Worldwide, LLC, and Grailco, Inc. | Plts' Motion for Extension of Time to File Reply Brief | Allowed **03/03/2014** |
| 361P13-2 | State v. Michael Ray Jones | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Lenoir County | Dismissed |
| 369P13 | Edith R. Salmony, Guardian of the Estate of Mary Elizabeth Edwards, Incompetent, Geraldine E. Edwards and Marcus A. Edwards, Sr., Parents and Guardian of the Person of Mary Elizabeth Edwards, Incompetent v. BANK OF AMERICA CORPORATION, a/k/a Bank of America, N.A., formerly known as NationsBank Corporation, also formerly known as BankAmerica Corporation, also formerly known as Nations Bank of North Carolina, N.A., and also formerly known as NCNB Corporation | 1. Plts' *Pro Se* & Attorney PDR Under N.C.G.S. § 7A-31 (COA12-1414)<br><br>2. Plts' *Pro Se* & Attorney Motion to Deem PDR Timely Filed<br><br>3. Plts' *Pro Se* & Attorney Motion in the Alternative for Court to Consider the PDR as a Petition for *Writ of Certiorari*<br><br>4. Plts' *Pro Se* & Attorney Petition for *Writ of Certiorari* to Review Order of Superior Court of Wake County | 1. Denied<br><br>2. Denied<br><br>3. Allowed<br><br>4. Denied |